IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 13 |
| | : | |
| Melissa Arnetta Overstreet | : | CASE NO. 16-72300-lrc |
| | : | |
| DEBTOR | : | |

**CERTIFICATION REGARDING REVIEW OF PROOF OF CLAIM**

COMES NOW Chris Carouthers, counsel of record for the Debtor in the above-styled Chapter 13 case, and files this Certification Regarding Review of Proof of Claim pursuant to General Order Number 9 and shows this Honorable Court the following:

1.

The Debtor filed the instant Chapter 13 proceeding on December 13, 2016.

2.

The deadline for filing proofs of claim for creditors other than a governmental unit was May 1, 2017. The deadline for filing Proofs of Claim for governmental units was June 12, 2017.

3.

I hereby certify that the following tasks have been performed on behalf of the Debtor(s) in this case:

(a) Review all filed Proofs of Claim on the Claims Register maintained by the Clerk of the Court to determine validity and also reviewed the claim status in the Trustee's Records to verify proper treatment by the Trustee;

Respectfully submitted by:

\_\_/s/_____
Nicole McAllister
GA Bar No: 653207
Attorney for Debtor
Chris Carouthers & Associates
2250 North Druid Hills Rd
Suite 131
Atlanta, GA 30329
404-634-9509

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the below listed individuals have been served with a true and correct copy of the attached pleading by placing copies of the same in the properly addressed envelope with adequate postage thereon and there depositing of same in United States Mail.

    This 23rd day of June, 2017.

                                                            /s/
                                        Nicole McAllister
                                        GA Bar No.653207
                                        Attorney for Debtor
                                        Chris Carouthers & Associates
                                        2250 North Druid Hills Rd
                                        Suite 131
                                        Atlanta, GA 30329
                                        404-634-9509

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street, N.W.
Atlanta, GA 30303