# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Melissa Arnetta Overstreet**
PO Box 1831
McDonough, GA 30253

**xxx−xx−1644**

Case No.: **16−72300−lrc**
Chapter: **13**
Judge: **Lisa Ritchey Craig**

## ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____
Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: July 19, 2018

Form 157

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 16-72300-lrc
Melissa Arnetta Overstreet                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: howellgn          Page 1 of 2          Date Rcvd: Jul 19, 2018
                              Form ID: 157            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db             +Melissa Arnetta Overstreet,    PO Box 1831,   McDonough, GA 30253-1700
20379616        Certegy,    PO Box 30046,   Tampa, FL 33630-3046
20379617       +Commonwealth Finance,    245 Main Street,   Scranton, PA 18519-1641
20379618       +FedLoan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
20379621       +Indian Lake Apartments,    102 Indian Lake Drive,   Morrow, GA 30260-3082
20379623       +Mandalay Villas,    1395 Town Center Village Dr,   McDonough, GA 30253-5998
20379624        Navy Federal Cr Un,    PO Box 3700,   Merrifield, VA 22119-3700
20379625        Northeast Credit & Collect,    PO Box 3358,   Scranton, PA 18505-0358
20379628        Quest Diagnostics,    PO Box 740777,   Cincinnati, OH 45274-0777
20379629        Quest Diagnostics,    P.O. Box 74077,   Cincinnati, OH 45274-0777
20379630       +Real Property Management,    1895 Phoenix BLVD,   Suite 112,   Atlanta, GA 30349-5533
20644976        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
20379636        Women's Health Specialists,    115 Eagle Springs Drive,   Stockbridge, GA 30281-6486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20379611       +EDI: FRAN.COM Jul 20 2018 00:38:00      1st Franklin Financial,   183 Banks Stateion,
                 Fayetteville, GA 30214-7504
20400549       +EDI: FRAN.COM Jul 20 2018 00:38:00      1st Franklin Financial Corporation,   PO Box 142633,
                 Fayetteville, GA 30214-6518
20379612       +EDI: AAEO.COM Jul 20 2018 00:38:00      Aaron Rents,   8180 Tara Blvd,
                 Jonesboro, GA 30236-3175
20379613       +EDI: AAEO.COM Jul 20 2018 00:38:00      Aarons Sales & Lease Ow,   1015 Cobb Place Blvd NW,
                 Kennesaw, GA 30144-3672
20379614       +E-mail/Text: legal@acceptancerentals.com Jul 19 2018 20:39:27       Acceptance Rentals Inc,
                 2850 Hog Mountain Rd Suite 201,   Dacula, GA 30019-5935
20474312        EDI: AIS.COM Jul 20 2018 00:38:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
20379615       +EDI: RMCB.COM Jul 20 2018 00:38:00      American Medical Coll,   4 Westchester Plaza,
                 Elmsford, NY 10523-1615
20681745        EDI: RESURGENT.COM Jul 20 2018 00:38:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
20379619       +EDI: AMINFOFP.COM Jul 20 2018 00:38:00      First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
20379620        EDI: GADEPTOFREV.COM Jul 20 2018 00:38:00      Georgia Dept of Revenue,
                 Accounts Receivable Collection,   1800 Century Blvd NE Ste 9100,    Atlanta, GA 30345
20379622       +EDI: IRS.COM Jul 20 2018 00:38:00      Internal Revenue Service,   Bankruptcy Unit,
                 401 W. Peachtree St. Stop 334D,   Atlanta, GA 30308-3518
20662142        EDI: JEFFERSONCAP.COM Jul 20 2018 00:38:00      Jefferson Capital Systems LLC,   PO Box 7999,
                 Saint Cloud MN 56302-9617
20379626       +E-mail/Text: Bankruptcy@PDQServices.net Jul 19 2018 20:39:28       PDQ Services Inc,
                 600 Churchill Ct,   Woodstock, GA 30188-6827
20379627        EDI: PRA.COM Jul 20 2018 00:38:00      Portfolio Recovery,   120 Corporate Blvd St E,
                 Norfolk, VA 23502
20483206        EDI: PRA.COM Jul 20 2018 00:38:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
20661933       +EDI: JEFFERSONCAP.COM Jul 20 2018 00:38:00      Premier Bankcard, LLC,
                 c o Jefferson Capital Systems LLC,   PO Box 7999,   Saint Cloud MN 56302-7999
20379631       +EDI: SWCR.COM Jul 20 2018 00:38:00      SW Credit Systems LP,   4120 International Pkwy,
                 Suite 1100,   Carrollton, TX 75007-1958
20379632        EDI: RMSC.COM Jul 20 2018 00:38:00      Syncb/Amazon Plcc,   PO Box 965015,
                 Orlando, FL 32896-5015
20380703       +E-mail/Text: usagan.bk@usdoj.gov Jul 19 2018 20:39:16      U. S. Attorney,
                 600 Richard B. Russell Bldg.,   75 Ted Turner Drive, SW,    Atlanta GA 30303-3315
20379633       +EDI: USAA.COM Jul 20 2018 00:38:00      USAA Federal Savings Bank,   10750 McDermott Fwy,
                 San Antonio, TX 78288-1600
20379634        EDI: USAA.COM Jul 20 2018 00:38:00      USAA Savings Bank,   10750 McDermott Fy,
                 San Antonio, TX 78288-7000
20379635       +EDI: VERIZONCOMB.COM Jul 20 2018 00:38:00      Verizon Wireless,   PO Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20485451*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113E-9          User: howellgn              Page 2 of 2               Date Rcvd: Jul 19, 2018
                              Form ID: 157                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              Christopher   Carouthers    on behalf of Debtor Melissa Arnetta Overstreet c_carouthers@msn.com,
               carotherslaw@gmail.com;R56806@notify.bestcase.com
              Lee Bynum Perkins    on behalf of Creditor    Streetlane Homes law@leeperkins.com
              Melissa J. Davey     mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Paul R Knighten    on behalf of Creditor    1st Franklin Financial Corporation
               paul@knightenlawfirm.com,   contact@knightenlawfirm.com;dsp@sicay-perrow.com
                                                                                             TOTAL: 4
```