UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:
Debtor(s)
**Melissa Arnetta Overstreet**
PO Box 1831
McDonough, GA 30253

**xxx−xx−1644**

Case No.: **16−72300−lrc**
Chapter: **13**
Judge: **Lisa Ritchey Craig**

ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE
AND CLOSING ESTATE

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: September 10, 2018

Form 176

```
                              United States Bankruptcy Court
                               Northern District of Georgia
```

In re:                                                                                  Case No. 16-72300-lrc
Melissa Arnetta Overstreet                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: goryy                 Page 1 of 1                   Date Rcvd: Sep 10, 2018
                              Form ID: 176                Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db             +Melissa Arnetta Overstreet,   PO Box 1831,   McDonough, GA 30253-1700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: bnc@13trusteeatlanta.com Sep 10 2018 21:59:23      Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Adam M. Goodman,   Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,
                Atlanta, GA 30303-1236
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Christopher Carouthers    on behalf of Debtor Melissa Arnetta Overstreet c_carouthers@msn.com,
               caroutherslaw@gmail.com;R56806@notify.bestcase.com
              Lee Bynum Perkins    on behalf of Creditor   Streetlane Homes law@leeperkins.com
              Melissa J. Davey    mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Paul R Knighten    on behalf of Creditor   1st Franklin Financial Corporation
               paul@knightenlawfirm.com, contact@knightenlawfirm.com;dsp@sicay-perrow.com
                                                                                              TOTAL: 4